# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THEODORE SERVELLO, | Case No. 24-cv-11894 |
| Plaintiff, | **Hon. Shalina D. Kumar** |
| v. | |
| | **Magistrate Judge** |
| SCOTT ANDREW RENNER, an individual; | **Anthony P. Patti** |
| VELO ASSOCIATES PLC, a domestic professional limited liability company, D/B/A VELO LAW OFFICE, D/B/A VELO LAW, D/B/A VELO GROUP, D/B/A VELO COLLECT, D/B/A VLO, D/B/A SEVENTY FIFTY CAPITAL. | |
| Defendants. | |

## ORDER

On Plaintiff Theodore Servello's notice to voluntarily dismiss this case pursuant to Rule 41(a)(2),

**IT IS SO ORDERD:** This case is voluntarily dismissed pursuant to Rule 41(a)(2).

Date: December 9, 2024

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Court Judge